# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **In the matter of the search of:**<br>**The residence of Kyle Lee Owens and its premises, located at 9000 South 40th Street West, Oktaha, Oklahoma, 74450, including the driveway, yard, curtilage, all vehicles parked on the premises, all sheds and out-buildings on the premises, and all locked containers and gun safes** | Case No. 22-MJ-116-JAR |

## SEARCH AND SEIZURE WARRANT

**TO:** ANY AUTHORIZED LAW ENFORCEMENT OFFICER

An application by a federal law enforcement office or an attorney for the government request the search of the following person or property located in the **EASTERN** District of **OKLAHOMA** *(identify the person or describe the property to be searched and give its location)*:

    **SEE ATTACHMENT "A"**

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

    **SEE ATTACHMENT "B"**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE HEREBY COMMANDED** to execute this warrant on or before   5/7/2022
                                                                                                       *(not to exceed 14 days)*

☐     in the daytime 6:00 a.m. to 10:00 p.m.
☐     at anytime in the day or night as I find reasonable cause has been established

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Robertson.

☐     I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer after executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check)*:
    ☐     for _____ days *(not to exceed 30)*.
    ☐     until, the facts justifying, the later specific date of _____.

Date and time issued:   4/23/2022

*Judge's signature*

City and state:   Muskogee, Oklahoma

JASON A. ROBERTSON
**UNITED STATES MAGISTRATE JUDGE**
*Printed name and title*

| RETURN | | |
|---|---|---|
| Case No.:<br>22-MJ-116-JAR<br>~~22-MJ-116-M~~ | Date and time warrant executed:<br>4/23/22 11:25AM | Copy of warrant and inventory left with:<br>In home |
| Inventory made in the presence of:<br>SA Megan Jakub | | |
| Inventory of the property taken and name of any person(s) seized:<br>See attached FD-597 (Receipt for Property) | | |

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/26/22

*Executing officer's signature*

SA Amy Holt
*Printed name and title*

# ATTACHMENT A

## *PROPERTY TO BE SEARCHED*

The residence of Kyle Lee Owens and its premises, located at 9000 South 40th Street West, Oktaha, Oklahoma, 74450 (the "Subject Residence"), including the driveway, yard, curtilage, all vehicles parked on the premises, all sheds and out-buildings on the premises, and all locked containers located at the premises, including, but not limited to, the gun safe that Owens's wife identified and opened for law enforcement on April 22, 2022.

The Subject Residence is a white trailer with a dark colored front door in the center. Several steps lead up to the front door from the grass lawn. The driveway to the residence is marked with a black mailbox that says "Owens" and "9000 S. 40th St. W". Photos of the Subject Residence are below.





## ATTACHMENT B

### *ITEMS TO BE SEIZED*

- Any and all firearms, firearm magazines, and ammunition, including, but not limited to, bullet fragments, casings, spent casings, fired projectiles, and any other ballistic evidence identified.
- Any and all cell phones belonging to Kyle Lee Owens, including, but not limited to, the two cell phones that Owens stated were removed from his person when he was detained by law enforcement and placed in the grass in front of his Residence.
- The black iPhone belonging to K.O. removed from K.O. and secured by an FBI Agent at the crime scene, currently located in the possession of the FBI.

FD-597 (Rev. 4-13-2015)  Page 1 of 1

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 19A-OC-NEW

On (date) 4/23/2022

item(s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Owens Residence
(Street Address) 9000 S. 40th Street W
(City) Oktaha, OK 74450

Description of Item(s): One Apple iPhone with red backing and black case; three (3) 9mm Luger shell casing; Springfield 9mm pistol with one magazine, s/n BAS13132; Smith & Wesson 9mm pistol with one magazine, s/n HLM9668, nine (9) mm Luger rounds, 9mm pistol with one magazine, s/n MT30215; fourteen (14) 9mm Luger rounds, Palmetto PA-15 with one magazine, s/n SCD631972, ten (10) rounds rifle ammunition, one rifle magazine with seven (7) 5.56 rounds; Palmetto PA-15 with one magazine, s/n SCD424576, nineteen (19) .223 rounds; Springfield Armory 9mm pistol with magazine, s/n BY369553, ten (10) 9mm Luger rounds; Black iphone; Black LG phone

Received By: (Signature)
Printed Name/Title: Megan Jakub, FBI Special Agent

Received From: Left in home with warrant
(Signature)
Printed Name/Title: